**Writ of Mandamus Denied, Opinion issued September 25, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01271-CV

## IN RE REGINALD DONELL RICE, Relator

### Original Proceeding
### Collin County, Texas

# MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Richter

Relator contends the trial court has failed to file and rule on two lawsuits he attempted to file. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

MARTIN RICHTER
JUSTICE

121271F.P05